Daniel D. Canale, as Attorney for Hulcher Soya Products, Inc. (Now Prairie Mills, Inc.), Plaintiff, v. Norman E. Hulcher, Frank W. Young and Prairie Mills, Inc., (Formerly Hulcher Soya Products, Inc.) a Corporation, Defendants, Springfield Auto Leasing, Inc., Intervenor.

Norman E. Hulcher, Defendant-Appellee, v. Prairie Mills, Inc., (Formerly Hulcher Soya Products, Inc.) a Corporation, Defendant-Appellant, and Springfield Auto Leasing, Inc., Intervenor-Appellant.

Gen. No. 10,803. ▮

Fourth District.

June 26, 1967.

Rehearing denied July 21, 1967.

Jack A. Alfeld, of Carrollton, and Casey and Casey, of Springfield (Edward F. Casey, of counsel), for appellants; Jasper S. Gullo, of Springfield, for appellee. Opinion by PRESIDING JUSTICE CRAVEN. Not to be published in full.